Zerbey Estate.

Argued January 8, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

4

6

8

*James J. Gallagher,* with him *John B. McGurl,* for appellant.

*John H. Fertig,* with him *Ralph M. Bashore,* for appellees.

PER CURIAM, January 28, 1947:
The decree of the court below is affirmed on the opinion of President Judge GANGLOFF; costs to be paid by the appellant.